FILED ✓   RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-CR-031-BES-LRL |
| Plaintiff, | |
| vs. | |
| MICHAEL MCMUNN | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#104), sentencing held on August 6, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| A H LOFTY | $95,879.91 |
| AMERICAN WILD WOODLAND GINSENG | $49,640.61 |
| BOMBAT SPORTS | $70,783.83 |
| BOOKER-LEE INC | $9,192.70 |
| CENTER FOR LIVING INC | $68,945.29 |
| CHEATWOOD FLOORING LLC | $91,927.05 |
| CLARINGTON SPORTS PLACE | $321,744.67 |
| CONTEMPORARY CONCEPTS INC | $15,627.60 |
| COPPER CANYON INC | $112,610.63 |

| | |
|---|---|
| DENVER LOFTS | $71,059.61 |
| DIAMOND LODGING & REAL ESTATE | $160,872.33 |
| EAT AT JOES LTD | $32,174.47 |
| FMN INC | $183,854.10 |
| HOLCYN CORP | $45,963.52 |
| KATY COUNTRY | $9,192.70 |
| LEGACY HEALTH CARE GROUP LLC | $57,270.55 |
| MPD INC | $22,981.76 |
| OMNI INDUSTRIES | $689.45 |
| RAINBOW ACQUISTION & DEVELOPMENT CORP | $344,726.43 |
| RINCON GOLF AND COUNTRY CLUB | $78,137.99 |
| RIVER TERRACE | $71,059.61 |
| ROBERT ROMAINE PROPERTIES LTD | $10,571.61 |
| ST JOHN MANUFACTURING INC | $45,963.52 |
| ST PHILIP LAND LTD | $91,927.05 |
| TAHOE AIRORT CENTER | $11,031.25 |
| TOADS PLACE | $15,627.60 |
| VICKERS AND ASSOCIATES | $49,640.61 |
| VILLAGER INN HILLTOP | $45,963.52 |
| VISCO PRODUCTS INC | $32,174.47 |
| WHITEWATER BEACH PARK OF MISSISSIPPI | $91,927.05 |
| WOODS OF THE WORLD | $73,541.64 |
| ECO EMPIRE GROUP INTERNATIONAL | $183,854.10 |
| GEOLOGICAL ENGINEERING SVC | $73,541.64 |
| GRUPO TANGAMANGO | $73,541.64 |

**Total Amount of Restitution ordered: $2,713,640.50**

Dated this \_\_\_/\_\_\_ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE