UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JAMES D. PAYNE., *et al.,*<br><br>                    Defendants. | Case No. 2:04-cr-00031-BES-LRL<br><br>ORDER |

The Defendants in this matter were ordered to pay restitution to H. Craig Carter. The Court was informed of his death by his surviving spouse, Antoinette ("Toni") Carter with the submission of a motion for restitution change filed on September 24, 2021.[1] In her motion, Ms. Carter is requesting that any checks already issued to Mr. Carter be re-issued to Mr. Jerry Klauck, in his capacity as beneficiary of the Happy Investment Trust, to which Mr. Carter left all of his assets in his will, and similarly make any future checks payable to Mr. Carter payable to Mr. Kaluck in his capacity as beneficiary of the Happy Investment Trust.

Based upon the motion and supporting documents that Ms. Carter furnished to the Court, the Court finds good cause exists to grant her motion.

It is therefore ordered that any restitution owed to H. Craig Carter be paid to Mr. Jerry Klauck, in his capacity as beneficiary of the Happy Investment Trust.

DATED THIS 27th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] This motion came to me in my capacity as Chief Judge.